IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00542-KLM

BILLY DOTSON,

    Plaintiff,

    v.

TALLGRASS ENERGY, LP, WILLIAM R. MOLER,
MARCELINO OREJA ARBURUA, GUY G. BUCKLEY,
ROY N. COOK, THOMAS A. GERKE, WALLACE C. HENDERSON,
MATTHEW J.K. RUNKLE, and TERRANCE D. TOWNER,

    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Billy Dotson hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: May 7, 2020

    Respectfully submitted,

    **HALPER SADEH LLP**

    /s/ Daniel Sadeh
    Daniel Sadeh, Esq.
    375 Park Avenue, Suite 2607
    New York, NY 10152
    Telephone: (212) 763-0060
    Facsimile: (646) 776-2600
    Email: sadeh@halpersadeh.com

    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I, Daniel Sadeh, hereby certify that on May 7, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.


Dated: May 7, 2020        /s/ Daniel Sadeh
              Daniel Sadeh